808 A.2d 1291

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND,**

v.

**Eddie Collins HUNTER, II.**

**Misc. AG No. 33, Sept. Term, 2002.**

Court of Appeals of Maryland.

Oct. 10, 2002.

Melvin Hirshman, Bar Counsel and Fletcher P. Thompson, Asst. Bar Counsel for the Grievance Com'n of Maryland, for petitioner.

Eddie Collins Hunter, II, Kansas City, MO, for respondent.

Submitted before BELL, C.J., and ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and BATTAGLIA, JJ.

## ORDER

The Court having considered the petition for disciplinary or remedial action and the responses by the parties to the show cause order issued by the Court, it is this 10th day of October 2002,

ORDERED, by the Court of Appeals of Maryland, that Eddie Collins Hunter, II, be, and he is hereby, suspended

until he is reinstated by the Supreme Court of Kansas, and it is further

ORDERED, that the Clerk of this Court shall strike the name of Eddie Collins Hunter, II from the register of attorneys, and pursuant to Maryland Rule 16–713, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State.